McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:20-po-00178-JLT |
| Plaintiff, | |
| v. | MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| STEPHANIE T. BLANCHARD, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and

Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal

Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and

vacate the trial date on March 2, 2021 at 10:00a.m.

DATED:  February 12, 2021

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Philip N. Tankovich__
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney

U.S. v. Blanchard
Case No. 5:20-po-00178-JLT

1

2

**O R D E R**

3        IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice,

4   and the trial set for March 2, 2021 at 10:00 a.m. is vacated.

5

6   IT IS SO ORDERED.

7        Dated:    **February 12, 2021**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

U.S. v. Blanchard
Case No. 5:20-po-00178-JLT